UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-12798 |
| Divine R Magluyan | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER AUTHORIZING THE DEBTOR TO USE SELL OR LEASE 363(b) ~~FOR THE PURPOSES OF A SHORT SALE~~

THIS MATTER coming to be heard on the MOTION TO USE SELL OR LEASE PROPERTY 363(b) FOR THE PURPOSES OF A SHORT SALE the Court having jurisdiction, with dues notice having been given to all parties in interest, the Court Orders as follows:

1. The Debtor is authorized to enter into ~~the short~~ a sale agreement for the property located at 5009 W. Waveland Ave, Chicago, IL 60641.
2. The liens of M&T Bank and Bank of America, shall be paid in full, unless otherwise agreed upon by M&T Bank, and Bank of America.
3. ~~M&T Bank and Bank of America are in no way compelled to accept a short sale under this order.~~
4. The HUD1 from the ~~short~~ sale shall be provided to the Trustee's office along with any non-exempted proceeds.

Enter:

Dated: **14 SEP 2018**

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko