UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-12798
Divine R Magluyan  )
  )  Chapter: 13
  )  Honorable A. Benjamin Goldgar
  )
  )  Lake County
Debtor(s)  )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The motion is granted.

2. The plan base remains the same.

3. The existing default is deferred.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: March 27, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600