**Fill in this information to identify the case:**

Debtor 1: Divine R Magluyan

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 18-12798

## Official Form 410S1
# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Freedom Mortgage Corporation

Court claim no. (if known): 14

Last four digits of any number you use to identify the debtor's account: XXXXXX2884

Date of payment change: Must be at least 21 days after date of this notice: 12/1/2021

New total payment: Principal, interest, and escrow, if any: $1,945.55

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 908.72          New escrow payment: $ 821.92

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: ____ %                New interest rate: ____ %
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____         New mortgage payment: $ _____

Debtor 1  **Divine R Magluyan**  Case number (if known) 18-12798
First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Reka Beane                                              Date  10/29/2021
   Signature

Print:  Reka                          Beane              Title  Authorized Agent for Creditor
        First Name   Middle Name   Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number   Street
         Roswell              GA              30076
         City                 State           ZIP Code

Contact phone  407-674-1639                              Email  Reka.Beane@mccalla.com

Official Form 410S1                    Notice of Mortgage Payment Change                    page 2

In Re:

Divine R Magluyan

Bankruptcy Case No.: 18-12798
Chapter: 13
Judge: A. Benjamin Goldgar

## CERTIFICATE OF SERVICE

I, Reka Beane, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Divine R Magluyan
50 Hobble Bush Dr
Lake Zurich, IL 60047

David H Cutler                                         (served via ECF Notification)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Glenn B Stearns                                        (served via ECF Notification)
801 Warrenville Road Suite 650
Lisle, IL 60532

Patrick S Layng                                        (served via ECF Notification)
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  11/1/2021        By:   /s/Reka Beane
                (date)               Reka Beane
                                     Authorized Agent for Creditor



**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250 0401

## Escrow Account Disclosure Statement

### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 50 HOBBLE BUSH DR LAKE ZURICH IL 60047 |
| Statement Date: | 10/04/2021 |
| Current Payment Amount: | $2,032.35 |
| **New Payment Amount:** | **$1,945.55** |
| **New Payment Effective Date:** | **12/01/2021** |

DIVINE MAGLUYAN
MELCHOR MAGLUYAN
50 HOBBLE BUSH DR
LAKE ZURICH IL 60047-2734

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $136.26 in your escrow account. This shortage likely was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments.

| | |
|---|---|
| Projected Minimum Balance | $1,182.72 |
| Required Minimum Balance | $1,318.98 |
| Shortage Amount | $136.26 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As escrow items are subject to change each year, the amounts in Part 3 are only estimates.

## PART 1 — Your Mortgage Payment

**Payment information beginning with your 12/01/2021 payment**

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $1,945.55.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest | $1,123.63 | $1,123.63 |
| Escrow Payment | $803.43 | $810.57 |
| Shortage Spread | $105.29 | $11.35 |
| **Total Payment:** | **$2,032.35** | **$1,945.55** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

(This space intentionally left blank)

**PART 2 — Your Escrow Account History**

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

**Previous Year's Projections (Estimated)**

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $2,594.83 |
| Dec 2020 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $3,243.51 |
| Jan 2021 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $3,892.19 |
| Jan 2021 | $0.00 | $0.00 | | $3,892.19 |
| Feb 2021 | $803.43 | $1,224.19 | HOMEOWNERS | $3,471.43 |
| Feb 2021 | $0.00 | $154.75 | FHA MORTGAGE INSURANCE | $3,316.68 |
| Mar 2021 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $3,965.36 |
| Apr 2021 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $4,614.04 |
| May 2021 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $5,262.72 |
| May 2021 | $0.00 | $0.00 | | $5,262.72 |
| Jun 2021 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $5,911.40 |
| Jun 2021 | $0.00 | $3,280.04 | COUNTY TAX | $2,631.36 |
| Jul 2021 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $3,280.04 |
| Aug 2021 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $3,928.72 |
| Aug 2021 | $0.00 | $0.00 | | $3,928.72 |
| Sep 2021 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $4,577.40 |
| Sep 2021 | $0.00 | $3,280.04 | COUNTY TAX | $1,297.36 |
| Oct 2021 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $1,946.04 |
| Nov 2021 | $803.43 | $154.75 | FHA MORTGAGE INSURANCE | $2,594.72 |
| **Total** | **$9,641.16** | **$9,641.27** | | |

**Actual Activity**

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | ($3,107.58) |
| Dec 2020 | $0.00 | $154.75 | FHA MORTGAGE INSURANCE | ($3,262.33) |
| Jan 2021 | $0.00 | $154.75 * | FHA MORTGAGE INSURANCE | ($3,417.08) |
| Jan 2021 | $0.00 | $1,252.50 | HOMEOWNERS | ($4,669.58) |
| Feb 2021 | $0.00 | $151.08 * | FHA MORTGAGE INSURANCE | ($4,820.66) |
| Feb 2021 | $0.00 | $0.00 | | ($4,820.66) |
| Mar 2021 | $0.00 | $151.08 * | FHA MORTGAGE INSURANCE | ($4,971.74) |
| Apr 2021 | $0.00 | $151.08 * | FHA MORTGAGE INSURANCE | ($5,122.82) |
| May 2021 | $0.00 | $151.08 * | FHA MORTGAGE INSURANCE | ($5,273.90) |
| May 2021 | $0.00 | $3,330.70 | COUNTY TAX | ($8,604.60) |
| Jun 2021 | $0.00 | $151.08 * | FHA MORTGAGE INSURANCE | ($8,755.68) |
| Jun 2021 | $0.00 | $0.00 | | ($8,755.68) |
| Jul 2021 | $0.00 | $151.08 * | FHA MORTGAGE INSURANCE | ($8,906.76) |
| Aug 2021 | $0.00 | $151.08 * | FHA MORTGAGE INSURANCE | ($9,057.84) |
| Aug 2021 | $0.00 | $3,330.70 | COUNTY TAX | ($12,388.54) |
| Sep 2021 | $0.00 | $151.08 * | FHA MORTGAGE INSURANCE | ($12,539.62) |
| Sep 2021 | $0.00 | $0.00 | | ($12,539.62) |
| Oct 2021 | $0.00 | $0.00 E | | ($12,539.62) |
| Nov 2021 | $0.00 | $0.00 E | | ($12,539.62) |
| **Total** | **$0.00** | **$9,432.04** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.

LOAN NUMBER: ▉▉▉▉▉▉

(This space intentionally left blank)

ELECTRONIC ONLY DOCUMENT

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement — Page 2

### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 50 HOBBLE BUSH DR, LAKE ZURICH IL 60047 |
| Statement Date: | 10/04/2021 |
| Current Payment Amount: | $2,032.35 |
| New Payment Amount: | $1,945.55 |
| New Payment Effective Date: | 12/01/2021 |

DIVINE MAGLUYAN
MELCHOR MAGLUYAN
50 HOBBLE BUSH DR
LAKE ZURICH IL 60047-2734

### PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $1,252.50 |
| FHA MORTGAGE INSURANCE | $1,812.96 |
| COUNTY TAX | $6,661.40 |
| **Total Disbursements** | **$9,726.86** |

Freedom expects to pay $9,726.86 over the next 12 months. Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $9,726.86 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$810.57** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $2,501.72 | $2,637.98 |
| Dec 2021 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $3,161.21 | $3,297.47 |
| Jan 2022 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $3,820.70 | $3,956.96 |
| Feb 2022 | $810.57 | $1,252.50 | HOMEOWNERS | $3,378.77 | $3,515.03 |
| Feb 2022 | $0.00 | $151.08 | FHA MORTGAGE INSURANCE | $3,227.69 | $3,363.95 |
| Mar 2022 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $3,887.18 | $4,023.44 |
| Apr 2022 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $4,546.67 | $4,682.93 |
| May 2022 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $5,206.16 | $5,342.42 |
| Jun 2022 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $5,865.65 | $6,001.91 |
| Jun 2022 | $0.00 | $3,330.70 | COUNTY TAX | $2,534.95 | $2,671.21 |
| Jul 2022 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $3,194.44 | $3,330.70 |
| Aug 2022 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $3,853.93 | $3,990.19 |
| Sep 2022 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $4,513.42 | $4,649.68 |
| Sep 2022 | $0.00 | $3,330.70 | COUNTY TAX | $1,182.72 | $1,318.98 * |
| Oct 2022 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $1,842.21 | $1,978.47 |
| Nov 2022 | $810.57 | $151.08 | FHA MORTGAGE INSURANCE | $2,501.70 | $2,637.96 |
| | $9,726.84 | $9,726.86 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

This escrow analysis statement has been issued as a routine loan servicing activity; however, because your loan has been placed on forbearance due to the COVID 19 National Emergency, this statement is being provided for informational purposes, only, and is not a request for payment. There is no action required from you at this time. Updated payment information and instructions will be provided to you at the end of your forbearance period.

### PART 4 — What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $136.26.

The Escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $1,945.55.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

### PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN NUMBER

ELECTRONIC-ONLY DOCUMENT